**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANTHONY JAWORSKI,

     Plaintiff,

   v.

UNITED STATES TREASURY,

     Defendant.

Civil Action No. 13-395 (CKK)

**MEMORANDUM OPINION**
(November 20, 2013)

On October 28, 2013, the Defendant filed a [20] Motion to Dismiss for Lack of Prosecution ("Motion to Dismiss"). The same day, this Court issued an Order to the Plaintiff, warning him that if he failed to file a response to the Defendant's Motion to Dismiss before November 14, 2013, the Court would treat the Motion to Dismiss as conceded and dismiss the case. *See* Order (Oct. 28, 2013), ECF No. [21]. As of the date of this Order, the public docket reflects that the Plaintiff has not filed a response to the Defendant's Motion to Dismiss. Accordingly, it is, this 20th day of November, 2013, hereby

     **ORDERED** that Defendant's Motion to Dismiss is GRANTED

     **SO ORDERED.**

                                              /s/
                                    **COLLEEN KOLLAR-KOTELLY**
                                    United States District Judge